```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2798
 5
 6
 7
 8
                 IN THE UNITED STATES DISTRICT COURT
 9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,    )
12                               )   Case No. S.09-CR-00347 MCE
                    Plaintiff,   )
13                               )   MOTION & ORDER TO
         v.                      )   UNSEAL INDICTMENT
14                               )
    THOMAS A. WILLIS,            )
15                               )
                    Defendant.   )
16  _____)
17
18       The United States of America, by and through Assistant U.S.
19  Attorney Carolyn K. Delaney, hereby moves for an order unsealing
20  the indictment in the above-entitled matter.  The defendant has
21  become aware of pending charges so it is no longer necessary for
22  the indictment to remain sealed.
23       WHEREFORE, the government respectfully requests that the
24  Court grant this motion, and order that the indictment be
25  //
26  //
27  //
28  //
```

1

1 | immediately unsealed.

2 | Date: September 3, 2009               Respectfully submitted,

3 |                                       LAWRENCE G. BROWN
                                          United States Attorney
4 |

5 |                                            /s/ Carolyn K. Delaney
                                       By:_____
6 |                                       CAROLYN K. DELANEY
                                          Assistant U. S. Attorney
7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

2

```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2798
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )   Case No. S. 09-CR-00347 MCE
12            Plaintiff,         )
                                 )    ORDER FOR
13                               )   UNSEALING INDICTMENT
         vs.                     )
14                               )
    THOMAS A. WILLIS,            )
15                               )
              Defendant.         )
16  _____)
17
18      Upon consideration of the attached motion of the United
19  States of America by Assistant U.S. Attorney Carolyn K. Delaney
20  it is hereby
21                            **ORDERED**
22      That the indictment in the above-entitled matter be
23  immediately unsealed.
24  Date: September 4 , 2009
                                        /s/ Gregory G. Hollows
25                                      _____
26                                      HONORABLE GREGORY G. HOLLOWS
                                        U.S. Magistrate Judge
27
    willis.ord
28
```

3