**FILED**
November 19, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>THOMAS A WILLIS, )<br>)<br>_____ Defendant. _____ ) | Case No. CR. S-09-0347 MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>THOMAS A WILLIS</u>, Case No. <u>CR. S-09-0347 MCE</u>, Charge <u>Title 18 USC § 2252</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $ <u>35,000 (co-signed)</u>

        ✔   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

        ✔   (Other)   <u>With Pretrial Supervision and Conditions of Release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>November 19, 2009</u> at   <u>3:35</u>   pm.

By   _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge