```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6
   Attorney for Defendant
7  THOMAS WILLIS

8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>        v.                          )<br> THOMAS WILLIS,                      )<br>                                    )<br>            Defendant.              )<br>_____) | No. 2:09-cr-00347-MCE<br><br>STIPULATION AND ORDER CONTINUING<br>CASE AND EXCLUDING TIME<br><br>Date:  December 10, 2009<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between First Assistant United States Attorney Carolyn Delaney, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant, that the above case be dropped from this court's December 10, 2009, calendar, that it be continued until January 28, 2010 at 9:00 a.m., and that time be excluded between December 10, 2009, and January 28, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii)&(iv), Local Code T-4.

///

///

1  This continuance is sought in order to permit review and
2 consultation regarding received discovery, and for further defense
3 preparation including discussion of possible resolution without trial.
4  **IT IS SO STIPULATED.**
5
6 Dated:   December 8, 2009        /S/ Carolyn Delaney
                                   CAROLYN DELANEY
7                                  First Assistant United States Attorney
                                   Counsel for Plaintiff
8
9
10 Dated:   December 8, 2009        /S/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
11                                  Counsel for Defendant
                                    THOMAS WILLIS
12
13                           **O R D E R**
14
15     **IT IS SO ORDERED.**
16
    Dated: December 9, 2009
17
18                                  _____
19                                  MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28

Stipulation & Order
Continuing Case and Excluding Time        2