DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS WILLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-cr-0347 MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| ) | |
| THOMAS WILLIS, ) | |
| ) | Date:  December 10, 2009 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Morrison C. England, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between First Assistant United States Attorney Carolyn Delaney, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant, that the above case be dropped from this court's January 28, 2010, calendar, that it be continued until March 11, 2010 at 9:00 a.m., and that time be excluded between January 28, 2010, and March 11, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii)&(iv), Local Code T-4.

///

///

1    This continuance is sought in order to permit further review of
2 discovery with Mr. Willis, and for further defense preparation
3 including discussion of possible resolution without trial.
4    **IT IS SO STIPULATED.**
5
6 Dated:  January 22, 2010        /S/ Carolyn Delaney
                                  CAROLYN DELANEY
7                                 First Assistant United States Attorney
                                  Counsel for Plaintiff
8
9
  Dated:  January 22, 2010        /S/ Jeffrey L. Staniels
10                                JEFFREY L. STANIELS
                                  Assistant Federal Defender
11                                Counsel for Defendant
                                  THOMAS WILLIS
12
13                              **O R D E R**
14
       **IT IS SO ORDERED.**
15
16  Dated: January 25, 2010
17
18                                _____
                                  MORRISON C. ENGLAND, JR.
19                                UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28

Stipulation & Order
Continuing Case and Excluding Time    2