DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS WILLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-cr-0347 MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| ) | |
| THOMAS WILLIS, ) | |
| ) | Date:  March 11, 2009 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Morrison C. England, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between First Assistant United States Attorney Carolyn Delaney, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant, that the above case be dropped from this court's March 11, 2010, calendar, that it be continued until April 29, 2010 at 9:00 a.m., and that time be excluded between March 11, 2010, and April 29, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii)&(iv), Local Code T-4.

This continuance is sought in order to permit further review of discovery with counsel's forensic paralegal, and for further defense

preparation including consultation with an outside forensic expert.

**IT IS SO STIPULATED.**

Dated: March 8, 2010          /S/ Carolyn Delaney
                              CAROLYN DELANEY
                              First Assistant United States Attorney
                              Counsel for Plaintiff


Dated: March 8, 2010          /S/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Counsel for Defendant
                              THOMAS WILLIS

**O R D E R**

**IT IS SO ORDERED.**

Dated: March 9, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2