```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6
    Attorney for Defendant
 7  THOMAS WILLIS

 8

 9
                  IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,   ) No. 2:09-cr-0347 MCE
14                              )
                 Plaintiff,     )
15                              ) STIPULATION AND ORDER CONTINUING
        v.                      ) CASE AND EXCLUDING TIME
16                              )
    THOMAS WILLIS,              )
17                              ) Date:  April 29, 2009
                                ) Time:  9:00 a.m.
18               Defendant.     ) Judge: Hon. Morrison C. England, Jr.
    _____ )
19
```

20     **IT IS HEREBY STIPULATED** by and between First Assistant United

21 States Attorney Carolyn Delaney, counsel for Plaintiff, and Assistant

22 Federal Defender Jeffrey L. Staniels, counsel for Defendant, that the

23 above case be dropped from this court's April 29, 2010, calendar, that

24 it be continued until June 24, 2010 at 9:00 a.m., and that time be

25 excluded between April 29, 2010, and June 24, 2010, pursuant to 18

26 U.S.C. § 3161(h)(7)(A) & (B)(ii)&(iv), Local Code T-2 & T-4.

27     This continuance is sought in order to permit further review of

28 discovery with counsel's forensic paralegal, and for further defense

preparation including consultation with an outside forensic expert.

   **IT IS SO STIPULATED.**


Dated:  April 28, 2010        /S/ Carolyn Delaney
                              CAROLYN DELANEY
                              First Assistant United States Attorney
                              Counsel for Plaintiff


Dated:  April 28, 2010        /S/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Counsel for Defendant
                              THOMAS WILLIS


                         **O R D E R**

   **IT IS SO ORDERED.**

 Dated: April 28, 2010

                              _____
                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE