DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
THOMAS WILLIS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09-cr-00347-MCE |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER CONTINUING SENTENCING AND MODIFYING DISCLOSURE SCHEDULE |
| THOMAS WILLIS, | ) | |
| Defendant. | ) | Date: August 25, 2009<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between First Assistant United States Attorney Carolyn Delaney, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant, that the above case be dropped from this court's September 9, 2010, calendar, that it be continued until October 14, 2010 at 9:00 a.m., and that the following schedule for disclosure of the Presentence Report and Objections, if any, thereto be adopted:

///

///

1    Preliminary Presentence Report due:  September 2, 2010
2    Informal Objections due:  September 16, 2010
3    Final Presentence Report due: September 23, 2010
4    Motions to Correct Presentence Report due:  October 7, 2010
5    Sentencing Date:  October 14, 2010
6    This continuance is sought in order to permit further review of
7 forensic evidence in aid of potential additional defense objections to
8 the presentence report.  The Speedy Trial Act is not implicated by this
9 post-plea continuance.

10   **IT IS SO STIPULATED**.

12 Dated: August 25, 2010        /S/ Carolyn Delaney
                                 CAROLYN DELANEY
13                               First Assistant United States Attorney
                                 Counsel for Plaintiff

15 Dated: August 25, 2010        /S/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
16                               Assistant Federal Defender
17                               Counsel for Defendant
                                 THOMAS WILLIS

                        **O R D E R**

21   **IT IS SO ORDERED**.

23 Dated: August 27, 2010

                                 _____
                                 MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE

2