1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES,                        No. 2:09-cr-00347-MCE

10            Plaintiff,

11       v.                               **ORDER REGARDING SENTENCING**
                                          **MEMORANDA**
12   THOMAS WILLIS,

13            Defendant.
     _____/
14
         If any party wishes to file a sentencing memorandum in
15
     advance of imposition of judgment and sentencing, said
16
     memorandum shall be filed on or before 5:00 p.m., seven (7)
17
     calendar days in advance of the date set for judgment and
18
     sentencing.  Any response thereto shall be filed on or
19
     before 3:00 p.m., (3) calendar days in advance of the date
20
     set for judgment and sentencing.  The parties are cautioned
21
     that if any sentencing memoranda is filed late, the judgment
22
     and sentencing date may be vacated and the matter continued.
23
         IT IS SO ORDERED.
24
      Dated: September 7, 2010
25

26                                _____
27                                MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE
28