DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS WILLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-cr-00347 MCE |
| ) Plaintiff, ) | |
| ) v. ) ) | STIPULATION AND ORDER CONTINUING SENTENCING AND MODIFYING DISCLOSURE SCHEDULE |
| THOMAS WILLIS, ) ) | |
| ) Defendant. ) _____ ) | Date:  October 14, 2009 Time:  9:00 a.m. Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between First Assistant United States Attorney Carolyn Delaney, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant, that the above case be dropped from this court's October 14, 2010, calendar, that it be continued until November 4, 2010 at 9:00 a.m., due to the unavailability of government counsel and to permit defense counsel additional time to complete a sentencing memorandum for consideration by the court.

///

The Speedy Trial Act is not implicated by this post-plea continuance.

**IT IS SO STIPULATED.**

Dated: October 6, 2010         /S/ Carolyn Delaney
                               CAROLYN DELANEY
                               First Assistant United States Attorney
                               Counsel for Plaintiff


Dated: October 6, 2010         /S/ Jeffrey L. Staniels
                               JEFFREY L. STANIELS
                               Assistant Federal Defender
                               Counsel for Defendant
                               THOMAS WILLIS


**O R D E R**

**IT IS SO ORDERED.**

Dated: October 13, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order Continuing
Sentencing and Schedule for PSR          2