DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
THOMAS WILLIS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09-cr-00347 MCE |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER CONTINUING SENTENCING AND MODIFYING DISCLOSURE SCHEDULE |
| THOMAS WILLIS, | ) | |
| Defendant. | ) | Date: November 4, 2009<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |


**IT IS HEREBY STIPULATED** by and between First Assistant United States Attorney Carolyn Delaney, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant, that the above case be dropped from this court's November 4, 2010, calendar, that it be continued until November 18, 2010 at 9:00 a.m., due to the unavailability of government counsel and to permit defense counsel additional time to complete a sentencing memorandum for consideration by the court.

///

The Speedy Trial Act is not implicated by this post-plea continuance.

**IT IS SO STIPULATED.**

Dated: November 3, 2010   /S/ Carolyn Delaney  
CAROLYN DELANEY  
First Assistant United States Attorney  
Counsel for Plaintiff

Dated: November 3, 2010   /S/ Jeffrey L. Staniels  
JEFFREY L. STANIELS  
Assistant Federal Defender  
Counsel for Defendant  
THOMAS WILLIS

**O R D E R**

**IT IS SO ORDERED.**

Dated: November 5, 2010

_____  
MORRISON C. ENGLAND, JR.  
UNITED STATES DISTRICT JUDGE

Stipulation & Order Continuing  
Sentencing and Schedule for PSR            2