1  BENJAMIN B. WAGNER
   United States Attorney
2  CAROLYN DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )     2:09-CR-00347-MCE
                                   )
12          Plaintiff,             )     FINAL ORDER OF FORFEITURE
                                   )
13      v.                         )
                                   )
14  THOMAS WILLIS,                 )
                                   )
15          Defendant.             )
    _____)
16

17

18

19      WHEREAS, on or about July 29, 2010, this Court entered a

20  Preliminary Order of Forfeiture pursuant to the provisions of 18

21  U.S.C. § 2253, based upon the plea agreement entered into between

    plaintiff and defendant Thomas Willis forfeiting to the United
22
    States the following property:
23
            a)   80 GB Seagate hard drive, serial number 3JVC3XMW.
24
        AND WHEREAS, beginning on August 3, 2010, for at least 30
25
    consecutive days, the United States published notice of the
26
    Court's Order of Forfeiture on the official internet government
27
    forfeiture site www.forfeiture.gov.
28

                                   1              Final Order of Forfeiture

1   Said published notice advised all third parties of their right to

2   petition the Court within sixty (60) days from the first day of

3   publication of the notice for a hearing to adjudicate the

4   validity of their alleged legal interest in the forfeited

5   property;

6       AND WHEREAS, the Court has been advised that no third party

7   has filed a claim to the subject property, and the time for any

8   person or entity to file a claim has expired.

9       Accordingly, it is hereby ORDERED and ADJUDGED:

10      1.  A Final Order of Forfeiture shall be entered forfeiting

11  to the United States of America all right, title, and interest in

12  the above-listed property pursuant to 18 U.S.C. § 2253, to be

13  disposed of according to law, including all right, title, and

14  interest of Thomas Willis.

15      2.  All right, title, and interest in the above-listed

16  property shall vest solely in the name of the United States of

17  America.

18      3.  The U.S. Marshals Service shall maintain custody of and

19  control over the subject property until it is disposed of

20  according to law.

21      IT IS SO ORDERED.

22  Dated: February 1, 2011

23

24  _____

25  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

26

27

28